Donald ROCH et al.

v.

J. Joseph GARRAHY et al.

No. 79–288–A.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Stephen P. Erickson, Newport, for plaintiffs.

Dennis J. Roberts II, Atty. Gen., Eileen G. Cooney, Spec. Asst. Atty. Gen., for defendants.

#### ORDER

Due to the emergency nature of this matter, this appeal was heard on an expedited basis and the opinion is now prepared for filing. Therefore, the motion to supplement the record is denied.

STATE

v.

Kenneth E. GIBBONS et al.

No. 78–384–C.A.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Dennis J. Roberts II, Atty. Gen., John E. Migliaccio, Spec. Asst. Atty. Gen., for plaintiff.

Levy, Goodman, Semonoff & Gorin, Robert A. Pitassi, Providence, for defendant David W. Agin.

#### ORDER

The motion of defendant David W. Agin for leave to present further argument and to file a supplemental brief is denied.

STATE

v.

Thomas INNIS.

No. 75–333–C.A.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

John A. MacFadyen III, Chief Appellate Defender, Providence, for defendant.

#### ORDER

The defendant's motion for limited remand as prayed is denied.